UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:16-70311 MAG |
| Plaintiff, | ORDER OF DETENTION PENDING REMOVAL TO AND APPEARANCE IN ANOTHER DISTRICT |
| v. | |
| CARY LEE PETERSON, | Dist. N.J. Case No.: MAG. NO. 16-6546 |
| Defendant. | |

Defendant Cary Lee Peterson has been charged in the District of New Jersey by Criminal Complaint with two counts of false certifications, in violation of 18 U.S.C. § 1350, and one count of securities fraud, in violation of 15 U.S.C. § 78j(b) and 17 C.F.R. § 240.10b-5. The defendant was arrested in the Northern District of California on March 13, 2016, and appeared in this District pursuant to Rule 5 of the Federal Rules of Criminal Procedure on March 14, 2016. Mr. Peterson waived a hearing on his identity, but sought release pending further proceedings on the charges in the District of New Jersey. This Court held a detention hearing on March 23, and March 24, 2016. The defendant was present and represented by Shilpi Agarwal, Assistant Federal Defender, for the limited purpose of the detention hearing and initial appearances of the case in this district.

DETENTION ORDER
Case No. 3-16-70311-MAG       1

Pretrial Services submitted a report that recommended detention, and a representative of Pretrial Services was present at the hearing. The Government moved for detention, and Defendant opposed. Proffers and arguments regarding detention were submitted by the parties at the hearing.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant for proceedings in the District of New Jersey. Accordingly, the defendant is ordered detained and ordered removed to the District of New Jersey for an initial appearance and further proceedings on the pending charges. Nothing in this order is intended to limit Mr. Peterson's right or ability to seek release upon appearance in the District of New Jersey.

The Court makes the following findings as a basis for its conclusion that no condition or combination of conditions will reasonably assure the appearance of the defendant for proceedings in the District of New Jersey. The defendant did not provide information regarding his assets or financial situation to the Court or to Pretrial Services, making it impossible to impose conditions of release involving the assurance of any assets or property and he did not himself offer to post any property to ensure his appearance. His extensive foreign travel and extended time away from home suggest that he does have assets, at least assets sufficient to engage in foreign travel. Indeed, the defendant was arrested on March 13, 2016, as he returned from several weeks in Australia, and he has contacts in a number of foreign countries. Further, the defendant and individuals interviewed by Pretrial Services provided conflicting information regarding his residence and work history. The Court concludes that these facts demonstrate that no conditions or combination of conditions will reasonably assure the appearance of the defendant for proceedings in the District of New Jersey.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. Defendant Cary Lee Peterson be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

2. Defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government,

the person in charge of the corrections facility in which the defendant is confined shall deliver defendant to an authorized United States marshal for the purpose of any appearance in connection with a court proceeding.

IT IS FURTHERED ORDERED that Cary Lee Peterson is remanded to the custody of the United States Marshal and ordered removed to the District of New Jersey forthwith.

IT SO ORDERED.

DATED: March 25, 2016

HON. JACQUELINE S. CORLEY
United States Magistrate Judge